EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Isidro Rivera Sánchez | 2025 TSPR 8 <br><br> 215 DPR ___ |

Número del Caso:  TS-7,394


Fecha: 15 de enero de 2025


Representante legal del peticionario:

    Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Ex parte:<br><br>Isidro Rivera Sánchez | TS- 7,394 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de enero de 2025.

Examinada la *Moción sobre cumplimiento de orden*, presentada por el Sr. Isidro Rivera Sánchez, se da por cumplido lo ordenado por este Tribunal en la Resolución de 13 de diciembre de 2024 y, en consecuencia, se autoriza la readmisión del licenciado Rivera Sánchez, exclusivamente a la práctica de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al Lcdo. Isidro Rivera Sánchez actualizar su información de contacto en el RÚA.

**Publíquese.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo